```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ALEJANDRO TELLEZ-AVILA
7

8                  IN THE UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,      )  No. CR-S-09-0085 FCD
11                                 )
                 Plaintiff,        )
12                                 )  STIPULATION AND ORDER
        v.                         )  CONTINUING STATUS CONFERENCE
13                                 )
   ALEJANDRO TELLEZ-AVILA,         )
14                                 )  Date:   May 4, 2009
                 Defendant.        )  Time:   10:00 a.m.
15                                 )  Judge:  Frank C. Damrell, Jr.
   _____ )
16
```

17      It is hereby stipulated between the parties, Michael D. Anderson,
18 Assistant United States Attorney, attorney for Plaintiff, and Mary M.
19 French, attorney for defendant, ALEJANDRO TELLEZ-AVILA, that the Status
20 Conference hearing date of April 13, 2009, be vacated and a new Status
21 Conference hearing date of May 4, 2009, at 10:00 a.m. be set.
22      This continuance is requested because defense counsel needs time
23 to present the plea offer to Mr. Tellez-Avila.
24      It is further stipulated that the period from April 13, 2009,
25 through and including May 4, 2009, should be excluded pursuant to
26 ///
27 ///
28 ///

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 9, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
ALEJANDRO TELLEZ-AVILA

Dated: April 9, 2009

LAWRENCE G. BROWN
Acting United States Attorney

*/s/  Mary M. French for*
*     Michael D. Anderson*
_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE